COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE:  DONNY LEE BRETZ, | § | No. 08-11-00243-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

**MEMORANDUM OPINION**

Donny Lee Bretz has filed a petition for writ of mandamus to compel the Texas Board of Pardons and Paroles to provide him with a fair and impartial parole evaluation and review process. We have jurisdiction to issue a writ of mandamus against certain judges within our geographic district. TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). We also have authority to issue a writ of mandamus if it is necessary to enforce our jurisdiction. *Id.* § 22.221(a). Bretz does not seek mandamus relief against a judge, and he has not shown that a writ is necessary to enforce our jurisdiction. Therefore, the petition for writ of mandamus is dismissed.


GUADALUPE RIVERA, Justice

September 7, 2011

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)